## No. 16,901.

NELSON *v*. INDUSTRIAL COMMISSION ET AL.
(251 P. [2d] 434)

Decided November 24, 1952.   Rehearing denied December 22, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. DARWIN D. COIT, for plaintiffs in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAW-RENCE HINKLEY, Deputy, Mr. PETER L. DYE, Assistant, for defendant in error Industrial Commission.

Messrs. KELLY & CLAYTON, for defendant in error Margaret Ruth Burns.